FILED
CHARLOTTE, NC

OCT 14 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Suzette Siplen

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

① Sheriff Curtis Brame
② Major Patrina
③ Lt. Curry
④ Sgt LeBraun. ⑤. Ms. Taylor

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 3:25-cv-799-MOC
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Suzette Siplen
   All other names by which you have been known:
   ID Number: 0372081
   Current Institution: N.C.C.I.W
   Address: 1034 Bragg
   Raleigh (City)  N.C. (State)  27610 (Zip Code)

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Curtis Brame
   Job or Title (if known): Sheriff
   Shield Number:
   Employer: Vance County Sheriff
   Address: 156 Church St.
   Henderson (City)  N.C. (State)  27536 (Zip Code)
   [✓] Individual capacity  [✓] Official capacity

   Defendant No. 2
   Name: Patrina
   Job or Title (if known): Captain – now Major
   Shield Number:
   Employer: Vance County Jail
   Address: 516 Breckenridge St
   Henderson (City)  N.C. (State)  27536 (Zip Code)
   [✓] Individual capacity  [✓] Official capacity

Defendant No. 3
Name: Curry
Job or Title (if known): Lt.
Shield Number:
Employer: Vance County Jail
Address: 516 Breckenridge St.
Henderson, N.C. 27536
City / State / Zip Code

[X] Individual capacity  [X] Official capacity

Defendant No. 4
Name: LeBraun
Job or Title (if known): Sgt.
Shield Number:
Employer: Vance County Jail
Address: 516 Breckenridge St.
Henderson, N.C. 27536
City / State / Zip Code

[X] Individual capacity  [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The 1st Amendment from what I read on the law library at N.C.C.I.W.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 11

Defendant No. 5

| | |
|---|---|
| Name | Taylor |
| Job or Title (if known) | Mail lady |
| Shield Number | |
| Employer | Vance County Jail |
| Address | 516 Breckenridge St |
| | Henderson, N.C. 27536 |
| | City        State     Zip |

[✓] Individual Capacity
[✓] Official Capacity

On August 6, 2025 Ms. Taylor put "No inmate to inmate contact" and returned my mail to Asheville. That really through me behind on my claim. If you need to see a copy, I will be happy to send it. Ms. Taylor was/is the one that made copies of my legal mail.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. See attachment

I went to everyone listed and I went through the chain

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☒ Other *(explain)* Detainee waiting for trial.

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Vance County Jail from June 2025 - September 2025 and the same I'm positive when I return back.

of command. Each one said the same thing and they had to ask someone else. So when I reached the Major Patrina and he is giving me the same answer. I asked Major Patrina why is it that the men can have all I don't have. It's not my fault the men smoking the bible pages. I also stated if his officers was not bring it in then they (men) wouldn't be able to smoke. Men have legal books, T.V.'s. I don't understand why I am being treated like this. Everytime I get to asking questions the Major and Sheriff always ship me off. I here Major Hawkins pass on that I LOVE to put on paper what wrongs they do to me. I said yes I do because V.C.J. Employees treats the men different. So yes, they never gave me any answers they would walk away sometimes and say Jiplen go to your cell.

C. What date and approximate time did the events giving rise to your claim(s) occur?

June, July, August, September 2025

The exact date & time, I do not have with me. But on my grievances the exact time and date are on there.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* See attachment

I was denied my bible, law books, a tablet, my legal mail was copied and the copy was given to me, said original she (Ms. Taylor) said goes in my file. My Bible was taken and could not receive any bibles at all. My law books was taken and said only if I was my own attorney. I stated I am my own attorney. I was still ~~denied~~ denied of my law books. A tablet was given, and took

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did, or did not receive. Not having my bible because Sheriff Curtis Brame took all Bibles away and stopped all bibles not to enter Vance Co. Jail. I went from reading everyday to not reading at all. It took a toll of my mental, asked several times to speak with mental health. Dr Cheryl add another mental health med. Everytime I wanted to read or needed to read, my insides would die. When I got here to N.C.C.I.W. I felt life again. Going without spiritual is Death, Blackness.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want that 23-1 to be lifted. Being locked in a cell Sundays, Tuesdays, Thursdays, and Saturday with no phone, NO BIBLE, NO books, No Tablets and locked in a cell like that is crushing to not only the body but your mind, spirit as well. I'm not on more mental health meds. I lack knowledge because I could not use the law books or law library. $10,000,000.⁰⁰

My spirit hurting, my religion was snatched from me. Taken away by what ever reason they had. When Curtis Brame (Sheriff) Major Patrina, Lt Curry and Sgt LeBraun. all would tell me the exact same thing. It's because of Curtis Brame, that I do not have the things I need. But I could get my law books if I was my own attorney. I looked everyone in their eyes and said I am my own attorney could you please talk to who ever you need to talk to so I can get my Law Books. Because I don't have a tablet because they say they are getting them worked on. Paytel said it was Captain Alston, that she did not have the tablets assign to our dorm. But all of a sudden Sgt LeBraun came and took the 2 tablets that we had. Why because the men was bursting the tablets open to get the battery out. I needed the law books, tablet so I could work on this suit, and also my other criminal case. My bible I needed badly for my religion and spiritual needs. I got depress and anxiety was over the roof. Another mental med was prescribe and when I got here to N.C.C.I.W. in Safekeeping, I spoke to both my mental doctor and the psychologist, psychiatrist my anxiety meds was increase to 15 mg am + pm to 30 mg am + pm. Ms. Taylor copied all my legal mail, I receive. On the letter from

Prison legal services it said front page. Confidental Letter — I asked her, what was she doing and she (Ms. Taylor) stated that I have to get the copy and she keeps the original. I asked why? She (Ms. Taylor) said it goes in my file. I have never heard of a file until that day. I wrote a letter to the major Patrina and grievance and never heard anything back from any of them. I even wrote the Sheriff Curtis Brane and he never got in contact with me and didn't even answer back, just like he did when I was Sexually harrassed. Sgt Vanderpool came and said Suzette, there are no bible, no lawbooks, no books, no tablets. So there I was locked in a cell with no phone, no T.V, no Bible, no law book, no books, no tablets, nothing but just me. I was crushed, mentally, Spiritually, Physically, and definite Emotionally by all higher ups. Major Patrina, Captain he was until major, Lt. Curry, Sgt Lebraun, Ms. Taylor the mail lady. Other people that was there that witnessed and was told the same thing. Morgan Deans, Rosyile cheek, Teelah Elhitu. Sgt. Vanderpool, Lt. Wright I talked to her about it. Lt Wright said Suzette the jail is not the jail anymore. She Lt. Wright said this jail needs a lot of prayer. How and what am I to do.

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Vance County Jail

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Religious (Bible), Law Books, Copying Legal Mail

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

At Vance County Jail, while housed in F & H Dorms

2. What did you claim in your grievance?

Why I can't have my bible and it come from a company. I am representing my self, why I can't have my lawbooks. Why is my legal mail being copied and I get the copy and original goes in a file, when it states Confidental.

3. What was the result, if any?

Nothing was done. Not even a yes or no. They just ship me out. But I have copies in my property at V.C.J.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I have not received any answers, so I know it has not been completed. Everytime I write a grievance I get transfered.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Yes, I have copies of my grievance in my property at

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.) V.C.J. I hope they don't remove them. I tried to send it home, but they would not allow me to.

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No  Not, that I know of.

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.     If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

       1. Parties to the previous lawsuit

           Plaintiff(s) _____

           Defendant(s) _____

       2. Court *(if federal court, name the district; if state court, name the county and State)*

           _____

       3. Docket or index number

           _____

       4. Name of Judge assigned to your case

           _____

       5. Approximate date of filing lawsuit

           _____

       6. Is the case still pending?

           ☐ Yes

           ☐ No

           If no, give the approximate date of disposition. _____

       7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

           _____

C.     Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? No

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending? N/A

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-8-2025

Signature of Plaintiff: Suzette Siplen
Printed Name of Plaintiff: Suzette Siplen
Prison Identification #: 0372081
Prison Address: 1034 Bragg St.
Raleigh, N.C. 27610

### B. For Attorneys

Date of signing: ___

Signature of Attorney: ___
Printed Name of Attorney: ___
Bar Number: ___
Name of Law Firm: ___
Address: ___
Telephone Number: ___
E-mail Address: ___